# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **PENNY HAYES** | **CRIMINAL NO. 1:22-CV-00494** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **OUTBACK STEAKHOUSE OF FLORIDA, LLC** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 22] previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hayes's MOTION TO REMAND [Doc. 9] be DENIED.

IT IS FURTHER ORDERED that all claims against Fortson, and Fortson as a party, be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers at on this 31ST day of March 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE